```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

ROLANDO OBANDO,                )    3:08-CV-00443-ECR-RAM
                               )
    Plaintiff,                 )    MINUTES OF THE COURT
                               )
vs.                            )    DATE: October 23, 2009
                               )
HOWARD SKOLNIK, et al.,        )
                               )
    Defendants.                )
                               )

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On September 16, 2009, the Magistrate Judge filed a Report and Recommendation (#27) recommending that Defendants' Motion to Dismiss (#24) be granted. No objections to the Report and Recommendation (#27) were timely filed in accordance with the Rules.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#27), which is well taken, is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#24) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                  LANCE S. WILSON, CLERK

                                                 By         /s/
                                                           Deputy Clerk